


## Consent to Receipt of Documents Through Prisoner Electronic Filing Program

\* 76 pgs

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-filing Program").

When the Court issues an Order, Entry, or other document, a Notice of Electronic Filing ("NEF") is automatically generated. In order to receive copies of the NEF and documents issued by the Court more quickly, I consent pursuant to Fed.R.Civ.P. 5(b)(2)(F) to be served with documents issued by the Court via the E-Filing Program. By consenting to participate I will receive via the institutional mail a printed copy of any ruling or notice issued by the Court in the case and a copy of the NEF.

This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name (printed): Mufti Abdul El-Malik-Bey Ali    Date: 3-20-2020
AKA Frances L. Smith-Bey

Signature: _____

DOC Number: 955755

Facility Address: MIAMI CORRECTIONAL FACILITY
3038 W. 850 SOUTH
Bunker Hill, In 46914

Case filed in:

Northern District of Indiana: ✓

Southern District of Indiana: _____

Case Number (if pending at the time of consent): **3:20cv265**