UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MUFTI ABDUL EL-MALIK ALI, <br> A/K/A FRANCIS L. SMITH-BEY, <br> <br> Plaintiff, <br> <br> v. <br> <br> BRANDON MILLER, KELCIE PENNINGTON, <br> MICHAEL CONYERS, DUANE ALSIP, <br> OFFICER RITCHEY, NURSE K. PRIOR, and <br> NURSE B. GROVES, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:20-cv-02365-SEB-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF PARTIAL SETTLEMENT

NOW COME the Defendant, BRITTNEY MOORE-GROVES, RN, by attorney DOUGLASS R. BITNER of STOLL KEENON OGDEN PLLC, and for her Notice to Court regarding a partial settlement agreement, states as follows:

1. On September 19, 2023, Plaintiff, Mufti Abdul El-Malik Ali a/k/a Francis L. Smith-Bey, by his counsel, and undersigned counsel for Brittney Moore-Grove, RN, reached a tentative settlement in this matter as to Brittney Moore-Grove ONLY.

2. Because of this tentative settlement, Defendant respectfully request this Court vacate all deadlines and trial date.

3. The parties expect that a stipulation of dismissal for Defendant can be filed within 45 days.

4. Plaintiff continues dialogue regarding settlement with Co-defendants, and is optimistic that a resolution regarding all remaining parties can be finalized shortly.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 34981-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Doug.Bitner@skofirm.com
*Counsel for Defendant Brittney Moore-Groves, RN*

## CERTIFICATE OF SERVICE

I certify that on **September 19, 2023**, a copy of the foregoing *Notice of Settlement* was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Thomas J. Jarzyniecki, Jr.
**KIGHTLINGER & GRAY, LLP**
tjarzyniecki@k-glaw.com
*Recruited Counsel for Plaintiff*

Brandyn L. Arnold
**OFFICE OF THE INDIANA ATTORNEY GENERAL**
Brandyn.Arnold@atg.in.gov

*/s/ Douglass R. Bitner*
Douglass R. Bitner