UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MUFTI ABDUL EL-MALIK-ALI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-02365-SEB-TAB |
| | ) |
| **RICHEY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties respectfully submit their joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly stipulate and agree that this cause of action should be dismissed, with prejudice. Each party is to bear their own costs.

**So Stipulated.**

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

By:   */s/ Brandyn L. Arnold*
Brandyn L. Arnold
Deputy Attorney General
Attorney No. 36287-53
Office of the Indiana Attorney General
Indiana Gov't Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone:  (317) 234-7121
Fax:  (317) 232-7979
Brandyn.Arnold@atg.in.gov
*Attorney for Defendant Justin Richey*

        By:   <u>*/s/ Douglass R. Bittner*</u>
              Douglass R. Bittner
              Attorney No. 34981-49
              Stoll Keenon Ogden PLLC
              334 North Senate Avenue
              Indianapolis, IN 46204
              Phone:  317-464-1100
              Fax: 317-464-1111
              Doug. Bittner@skofirm.com
              *Attorney for Defendant Britteney Moore-Groves*

        By:   <u>*/s/ Thomas J. Jarzyniecki, Jr.*</u>
              Thomas J. Jarzyniecki, Jr.
              Attorney No. 2914-49
              Kightlinger & Gray, LLP
              One Indiana Square, Suite 300
              211 North Pennsylvania Street
              Indianapolis, IN 46204
              Phone:  317-638-4521
              Fax: 317-968-8830
              tjarzyniecki@k-glaw.com
              *Attorney for Plaintiff*